IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE M. WEST, *individually and as administrator of the estate of* Jamon West, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:23-cv-01907-LMM |
| DEKALB COUNTY, GEORGIA, et al., | : : : | |
| Defendants. | : : | |

# ORDER

This action is now before the Court following remand from the Eleventh Circuit for lack of appellate jurisdiction. After due consideration, the Court enters the following Order.

## I.  AMENDMENT TO ORDER ON DEFENDANTS' MOTIONS TO DISMISS

In an Order entered on February 2, 2024, the Court granted the motions to dismiss filed by Defendants DeKalb County, Georgia; DeKalb County Police Sgt. M. Williams; Officers Timothy Lattimore, C. Jones, and Deion Paxton; DeKalb County Fire Rescue Captain Phillip Ditmore; Senior Firefighter David Kelley; Senior Firefighter Jason Winkler; Firefighter Tiffany Payne; and Melissa Van Wie, and it directed the Clerk to close the case. Dkt. No. [66] (granting the

motions filed at Dkt. Nos. [41, 43, 57]). Accordingly, the Clerk entered judgment in favor of Defendants against Plaintiff; dismissed the action; and closed the case. Dkt. No. [67].

The Order inadvertently failed to address the claims that remained pending against Defendant Kevin Fleming, Firefighter Jonah Lakatos, Officer Brandon W. Williams, and Officer Joshua Burton. Thus, the Court **AMENDS** the Order, Dkt. No. [66], to dismiss only Defendants DeKalb County, Georgia; DeKalb County Police Sgt. M. Williams; Officers Timothy Lattimore, C. Jones, and Deion Paxton; DeKalb County Fire Rescue Captain Phillip Ditmore; Senior Firefighter David Kelley; Senior Firefighter Jason Winkler; Firefighter Tiffany Payne; and Melissa Van Wie. The Court also **VACATES** the Order, Dkt. No. [66], so far as it directs the Clerk to close the case and **VACATES** the Clerk's entry of judgment, Dkt. No. [67]. The Clerk is **DIRECTED** to amend the docket accordingly.

## II.   DEFENDANT KEVIN FLEMING'S MOTION TO DISMISS

Pursuant to the direction of the Court, the parties conferred and agreed upon a schedule for resolving outstanding issues. See Dkt. No. [79]. Having considered the parties' submission, and in order to secure the just, speedy, and inexpensive determination of the action, it is hereby **ORDERED** that:

Defendant Fleming's motion to dismiss, Dkt. No. [68], is deemed Fleming's timely response to Plaintiff's amended complaint, Dkt. No. [28]. Plaintiff shall have through **Thursday, August 15, 2024**, to file a response to the motion,

and Fleming shall have through **Thursday, August 29, 2024**, to file a reply. Given the age of the motion, NO extensions will be granted.

### III. DISMISSAL OF UNSERVED DEFENDANTS

The parties have agreed that Plaintiff's time to serve any unserved defendants is expired. See Dkt. No. [79]. There is no proof of effective service of process in the record as to Defendants Firefighter Jonah Lakatos, Officer Brandon W. Williams, or Officer Joshua Burton. Accordingly, those defendants are **DISMISSED** from this action.

### IV. CONCLUSION

The Court's Order dated February 2, 2024, Dkt. No. [66], is **AMENDED** and **VACATED IN PART**, and the Clerk's entry of judgment, Dkt. No. [67], is **VACATED**, as set out in Part I of this Order. The Clerk is **DIRECTED** to **REOPEN** the case. All defendants except for Defendant Kevin Fleming are **DISMISSED** from this action. Fleming's motion to dismiss, Dkt. No. [68], shall be briefed pursuant to the schedule set out in Part II of this Order. No extensions will be granted.

**IT IS SO ORDERED** this 1st day of August, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE